```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/7/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE ORELLANA and JHONNY HERAS MOLINA,

        Plaintiffs,

-against-

PALACIOS DRYWALL INCORPORATED, JOSE PALACIOS, GUILLERMO MENDOZA and YOLANY HERNANDEZ a/k/a Yolany Sorto De Palacios,

        Defendants.

23 Civ. 1962 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On March 8, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan by July 5, 2023. ECF No. 7. To date, Defendants have not appeared in this action, and those submissions are now overdue. Accordingly, by **August 7, 2023**, the parties shall submit their proposed case management plan, or Plaintiffs shall advise the Court of their intentions with respect to the continuation of this action.

    SO ORDERED.

Dated: July 7, 2023
       New York, New York

                                  ANALISA TORRES
                                United States District Judge