# Law Offices of Colin M...

Employment and Civil Litigation

36-36 33rd Street
Suite 308
Astoria, NY 11106

September 21, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/22/2023

Honorable Judge Analisa Torres
United States District Judge
500 Pearl St.
New York, NY 10007

Re: Orellana et al v. Palacios Drywall Incorporated et al et al 23-cv-01962

Your Honor,

Plaintiffs would respectfully ask for an additional three weeks to complete and file their default motion to October 13, 2023.  This is the first request for an extension.  The undersigned needs more time to collaborate with the Plaintiffs in order to execute declarations to accompany the default motion in order to obviate the needs for an inquest.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.

GRANTED.

SO ORDERED.

Dated: September 22, 2023
        New York, New York

_____
ANALISA TORRES
United States District Judge