USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/2023

36-36 33rd Street
Suite 308
Astoria, NY 11106

October 12, 2023

Honorable Judge Analisa Torres
United States District Judge
500 Pearl St.
New York, NY 10007

Re: Orellana et al v. Palacios Drywall Incorporated et al et al 23-cv-01962

Your Honor,

I apologize for the delay. I have had less time than I anticipated the past few weeks and I would respectfully request just an additional two weeks to complete this motion. My clients are Spanish speakers/readers. Translating and finalizing the declarations of the clients is the most time-consuming aspect of preparing this motion.

If the Court would so permit, the undersigned would request until October 27th, 2023 to file the default motion. This is the second request for relief and the total amount of time since obtaining the Certificates of Default would be less than two months if this request is granted.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.

GRANTED.

SO ORDERED.

Dated: October 13, 2023
       New York, New York

ANALISA TORRES
United States District Judge