USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/2023

36-36 33rd Street
Suite 308
Astoria, NY 11106

Honorable Judge Analisa Torres
United States District Judge
500 Pearl St.
New York, NY 10007

Re: Orellana et al v. Palacios Drywall Incorporated et al et al 23-cv-01962

Your Honor,

The undersigned would respectfully ask for five more days to submit the default motion. The declarations for the clients are out for signature. I have a signed copy from Plaintiff Orellana and I am merely waiting for the executed copy of the declaration from Plaintiff Molina which I expect shortly.

If the Court would indulge one more extension, the undersigned would request leave to file the default motion no later than November 1, 2023.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.

GRANTED.

SO ORDERED.

Dated: October 30, 2023
       New York, New York

ANALISA TORRES
United States District Judge