USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/13/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE ORELLANA and JHONNY HERAS MOLINA,

        Plaintiffs,

-against-

PALACIOS DRYWALL INCORPORATED, JOSE PALACIOS, GUILLERMO MENDOZA, and YOLANY HERNANDEZ a/k/a Yolany Sorto De Palacios,

        Defendants.

23 Civ. 1962 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The telephonic show-cause hearing scheduled for April 2, 2024, at 10:00 a.m., is RESCHEDULED to **2:30 p.m. that day.**

    SO ORDERED.

Dated: March 13, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge