```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/25/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE ORELLANA and JHONNY HERAS MOLINA,

        Plaintiffs,

-against-

PALACIOS DRYWALL INCORPORATED, JOSE PALACIOS, GUILLERMO MENDOZA, and YOLANY HERNANDEZ a/k/a Yolany Sorto De Palacios,

        Defendants.

23 Civ. 1962 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On April 17, 2024, the Court ordered Plaintiffs to file, by April 24, 2024, a supplemental affirmation detailing any past attempt(s) to serve Defendants at 35 Hamilton Ave in Yonkers. ECF No. 55. That submission is now overdue.

Accordingly, by **May 1, 2024**, Plaintiff shall file their supplemental affirmation.

SO ORDERED.

Dated: April 25, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge