```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/14/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE ORELLANA and JHONNY HERAS MOLINA,

        Plaintiffs,

-against-

PALACIOS DRYWALL INCORPORATED, JOSE PALACIOS, GUILLERMO MENDOZA, and YOLANY HERNANDEZ a/k/a Yolany Sorto De Palacios,

        Defendants.

23 Civ. 1962 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The telephonic show-cause hearing scheduled for May 14, 2024, is ADJOURNED to **May 28, 2024**, at **4:30 p.m.** The parties are directed to dial 888-398-2342 or 215-861-0674 and enter access code 5598827.

    Counsel for Plaintiffs is ordered to serve a copy of this order on Defendants.

    SO ORDERED.

Dated: May 14, 2024
       New York, New York

                                        ANALISA TORRES
                                      United States District Judge