```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/28/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE ORELLANA and JHONNY HERAS MOLINA,

                Plaintiffs,

-against-

PALACIOS DRYWALL INCORPORATED, JOSE PALACIOS, and YOLANY HERNANDEZ a/k/a Yolany Sorto De Palacios,

                Defendants.

23 Civ. 1962 (AT)

**JUDGMENT**

ANALISA TORRES, District Judge:

    It is hereby ORDERED, ADJUDGED, and DECREED that default judgment is entered in favor of Plaintiffs, Jose Orellana and Jhonny Heras Molina, against Defendants. Jose Palacios, Yolany Hernandez, and Palacios Drywall Incorporated, on the first, second, third, fourth, sixth, seventh, and eighth causes of action, Compl. ¶¶ 78–101, 106–117, ECF No. 1, for the reasons stated on the record at the May 28, 2024 hearing.  Plaintiffs' motion for a default judgment on the fifth cause of action is DENIED.

    It is further ORDERED, ADJUDGED, and DECREED that an inquest be held to determine the damages to be awarded to Plaintiffs in this action.

SO ORDERED.

Dated: May 28, 2024
       New York, New York

                                                ANALISA TORRES
                                            United States District Judge