**MEMO ENDORSED.**

# Law Offices of Colin Mulholland
Employment and Civil Litigation

36-36 33rd Street
Suite 308
Astoria, NY 11106

Telephone: (347) 687-2019
cmulhollandesq@gmail.com

December 3, 2025

Honorable Judge Ona T. Wang
United States Magistrate Judge
500 Pearl St.
New York, NY 10007

Re: Orellana et al v. Palacios Drywall Incorporated et al et al 23-cv-01962

Your Honor,

Plaintiffs would respectfully request an extension to file the inquest paperwork to December 19th, 2025 – a two-week extension.

I apologize Your Honor, I have several defaults due in several cases all due in the same two month window of time and with the Thanksgiving and Christmas holiday, the undersigned would be grateful if the Court would permit a two week extension on filing the inquest paper in this matter.

This is the first request for an extension.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.

Application **GRANTED**. No further extensions absent exceptionally good cause.

**SO ORDERED.**

Ona T. Wang                          December 4, 2025
U.S.M.J.